# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE D. ROBBINS,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF SAN DIEGO POLICE DEPARTMENT, RANDELL HENRIZI, JOHN ALVARADO, JANE HODGES AND DOES 1 TO 25,<br><br>　　　　　Defendants. | CASE NO. 08 CV 2003 JM (WMc)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>Doc. No. 6 |

For good cause showing, the court hereby **GRANTS** Plaintiff's motion for voluntary dismissal as to Officer Alvarado (erroneously sued as John Alvarado) and Officer Diana Hodges (erroneously sued as Jane Hodges).  (Doc. No. 6.)

**IT IS SO ORDERED.**

DATED: January 12, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge