## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE D. ROBBINS,<br><br>                              Plaintiff,<br>  vs.<br><br>CITY OF SAN DIEGO POLICE DEPARTMENT; RANDELL HENRIZI; JOHN ALVARADO; JANE HODGES; and DOES 1 to 25,<br><br>                              Defendant. | CASE NO. 08 CV 2003 JM (WVG)<br><br>**ORDER GRANTING EX PARTE MOTIONT TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING**<br><br>Doc. No. 22 |

Pending before the court is Plaintiff's ex parte motion to continue the hearing on Defendants' motion for summary judgment. (Doc. No. 22). Plaintiff, proceeding *pro se*, alleges that he never received notice of the motion for summary judgment. Finding good cause, the court hereby CONTINUES the hearing on Defendants' motion for summary judgment until February 19, 2010 at 1:30 PM in Courtroom 16. Plaintiff shall file his opposition to the motion for summary judgment no later than February 5, 2010. Defendants shall file any reply no later than February 12, 2010.

**IT IS SO ORDERED.**

DATED: January 19, 2010

                                                      Hon. Jeffrey T. Miller
                                                      United States District Judge