UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE ROBBINS, | ) | Civil No. 08-2003-JM(WVG) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING IN PART AND |
| v. | ) | DENYING IN PART JOINT EX PARTE |
| | ) | APPLICATION TO MODIFY |
| CITY OF SAN DIEGO POLICE | ) | SCHEDULING ORDER (Doc. # 26) |
| DEPARTMENT, et al., | ) | |
| | ) | AMENDED |
| Defendants. | ) | CASE MANAGEMENT CONFERENCE |
| | | ORDER REGULATING DISCOVERY |
| | | AND OTHER PRETRIAL PROCEEDINGS |
| | | (Fed. R. Civ. P. 16) |
| | | (Local Rule 16.1) |
| | | (Fed. R. Civ. P. 26) |

The Joint Ex Parte Application to Modify Scheduling Order (Doc. # 26) is GRANTED in part and DENIED in part.

IT IS HEREBY ORDERED:

1.      All parties or their counsel shall also fully comply with the Pretrial Disclosure require-ments of Fed. R. Civ. P.  26(a)(3) on or before <u>March 5, 2010</u>.  **Failure to comply with these disclo-sures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.**

2.      Counsel shall meet together and take the action required by Local Rule 16.1(f)(4) on or before <u>March 12, 2010</u>.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues.  Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in

08cv2003

accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P.  26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

   3.  The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before <u>March 26, 2010</u>, and shall be in the form prescribed in and in compliance with Local Rule 16.1 (f)(6).  Counsel shall also bring a court copy of the pretrial order to the pretrial conference.

   4.  The final pretrial conference shall be held before the Honorable Jeffrey T. Miller, United States District Court Judge, on <u>April 2, 2010</u>, at <u>8:30 AM</u>.

   5.  The trial in this matter shall commence on <u>May 3, 2010</u> at <u>10:00 AM.</u>

   6.  The dates and times set forth herein will not be further modified except for good cause shown.

   7.  Plaintiff counsel shall serve a copy of this order on all parties that enter this case hereafter.

DATED: February 1, 2010

                               Hon. William V. Gallo
                               U.S. Magistrate Judge

08cv2003