# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

BRUCE D. ROBBINS

              V.

CITY OF SAN DIEGO POLICE DEPARTMENT; RANDALL HENRIZI; JOHN ALVARADO; JANE HODGES; and DOES 1 to 25,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv2003-JM(WVG)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendants' motion for summary judgment..........................................
................................................................................................................................................

| March 9, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON March 9, 2010